FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 30 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

NOURADDINE OMAR HAJI
   Plaintiff

vs.

NCR CORPOATION
   Defendant

1:17-CV-1961

TITLE VII COMPLAINT

1. Plaintiff resides at P.O. Box 190641 Atlanta, Ga. 31119

2. Defendant(s) names (s)  NCR CORPORATION,   ALAN THOMAS, DIBENEDETTO, ERNIE,

Location of principal office(s) of the named defendant(s) _____
3097 Satellite Blvd, Bldg 700 Duluth, GA 30096

Nature of defendant(s) business  computer hardware, software and electronics company that makes self-service kiosks, point-of-sale terminals, automated teller machines, check processing systems, barcode scanners, and business consumables.

Approximate number of individuals employed by defendant(s)  30,200 world wide
As of 2015

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. \_\_\_x\_\_\_ Termination of my employment.
   C. \_\_\_x\_\_\_ Failure to promote me.
   D. \_\_\_x\_\_\_ Other (Specifiy) My employment was terminated for religious descrimination. i was told in person to withdraw my EEOC complaint if i wanted my issue resolved

5. Plaintiff:

   A. _____ presently employed by the defendant.
   B. \_\_\_x\_\_\_ not presently employed by the defendant. The dates of plaintiff's employment were _____.
   The reasons plaintiff was given for termination of employment is/are:
   (1) \_\_\_x\_\_\_ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. _____ my race
   B. \_\_\_x\_\_\_ my religion.
   C. _____ my sex.
   D. _____ my national origin.
   E. \_\_\_x\_\_\_ Other (specify) i was subjected to preferential treatment. I was denied for promotion and open positions were kept for lesser qualified colleagues who were of different ethnicity and religion.

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

ALAN THOMAS, MALE, DIRECT MANAGER. DiBenedetto, Ernie, MALE, DIRECTOR OF

DEPARTMENT.

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

I was employed by radiant systems for over 7 years. Radiant systems was bought by NCR corporation my direct manager, alan thomas and another that was let go started referring muslims terrorist, towel heads, skirt draggers. my manager became obsessed with my faith. i was subjected to his anger every-time terrorist incident happened anywhere in the world. when i could no longer tolerate his constant outburst of racial epithet, on september 2012, i contacted radiant systems's human resource. I requested descrimination complaint to be opened. I met with the human resource person that was in-charge of our department. However, before the religious descrimination complaint can be completed, Radiant systems was bought by NCR Corporation. I have never heard back from NCR human resource. i was subjected hostile work environment such as refusal to take a break. My request to take 30 minutes break was declined. My workload was drastically increased. On April 1, 2012. i went through surgery on my right hand pink finger. I requested medical leave and was denied. by my manager Alan thomas. I was under pain-killer medication. I was required to use my hands to complete my work. i was denied any position that i applied. I was refused for promotion

-3-

On early 2014, i contacted NCR human resource and explained to them that i have been retaliated against for bringing descrimination complaint against my manager, Alan thomas. I have been refused for promotion, transfer for any other shift, and i have been kept on the night shift intentionally. I was the only overnight shift employee that was working remote. On november 2014, My ability to work remote was taken away after filing complaint with the EEOC. Since my ability to work remote was taken away, I asked for religious pray accomodation. My manager's response was christians don't pray five times a day, why should i. I immediately notified the human resource

9.  The alleged illegal activity took place at _____

3925 Brookside Pkwy, Alpharetta, GA 30022

10. A.  __x__    I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B.  _____   I have not filed a charge.

11. A.  __x__    I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on _____ (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B.  _____   I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

-4-

Please see seperate attached sheet labelled "relief seeking from the court"

May 30, 2017
Date

[Signature]
Signature of Plaintiff

Address: P.O. Box 190641
Atlanta, Ga 31119

Telephone: 678-677-6927

**PRAYER FOR RELIEF**

Plaintiff prays that the Court enter judgment in his favor and against Defendant, containing the following relief:

A. An order directing Defendant to place Plaintiff in the position he would have occupied but for Defendant's discriminatory and harassing treatment and otherwise unlawful conduct, as well as to take such affirmative action as is necessary to ensure that the effects of these unlawful employment practices are eliminated and do not continue to affect his employment and personal life;

B. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and/or economic harm;

C. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for harm to his professional and personal reputations and loss of career fulfillment;

C. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory harm, including but not limited to, compensation for his mental anguish, humiliation, embarrassment, stress and anxiety, emotional pain and suffering, emotional distress and physical injuries;

D. An award of damages for any and all other monetary and/or non-monetary losses suffered by Plaintiff in an amount to be determined at trial, overtime pay, plus prejudgment interest;

E. An award of punitive damages;

F. An award of costs that Plaintiff has incurred in this action, as well as Plaintiff's reasonable court fees to the fullest extent permitted by law; and

G. Such other and further relief as the Court may deem just and proper.

**JURY DEMAND.**

Plaintiff hereby demands a trial by jury on all issues of fact and damages stated herein.

Dated: Atlanta, Georgia
May 30, 2017

Respectively Submitted,

Nouraddine Haji

P.O.BOX 190641
Atlanta, Ga. 31119

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Nouraddine O. Haji<br>P. O. Box 190641<br>Atlanta, GA 31119 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2015-00438 | Denise L. Mims,<br>Investigator | (404) 562-6885 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]   More than 180 days have passed since the filing of this charge.

[ ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

MAR 0 1 2017
*(Date Mailed)*

Enclosures(s)

cc:   Halima Horton, Attorney
McGuire Woods LLP
1230 Peachtree Street N. E. Promenade
Suite 2100
Atlanta, GA 30309-3534

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 410-2015-02410 |

and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Nouraddine O. Haji** | **(678) 677-6927** | **06-26-1970** |

Street Address: **P. O. Box 190641, Atlanta, GA 31119**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **NCR** | **500 or More** | **(800) 225-5627** |

Street Address: **3097 Satellite Boulevard, Duluth, GA 30096**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **10-16-2014**   Latest: **02-17-2015**
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above named company in August 2005 as a Technical Support. On October 16, 2014, I filed and EEOC charge (410-2015-00438) against the above named company. On February 17, 2015, I was discharged.

Alan Thomas, Manager, advised me that I was being terminated for unprofessional and insubordinate behavior.

I believe I have been retaliated against for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED FEB 19 2015 EEOC-ATDO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Feb 19, 2015**
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)